# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00099-JCM-NJK |
| Plaintiff, | GOVERNMENT'S MOTION TO UNSEAL CASE |
| v. | |
| DENNIS WILLIAM MONCRIEF, | |
| Defendant. | |

## ORDER

Based on the Government's Motion to Unseal the Case in the above-captioned matter and good cause appearing therefore,

IT IS SO ORDERED that this case be unsealed.

DATED this  11th  day of June, 2018.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE