RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Dennis William Moncrief

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DENNIS WILLIAM MONCRIEF,<br><br>    Defendant. | Case No. 2:18-cr-00099-JCM-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Dennis William Moncrief, that the Sentencing Hearing currently scheduled on June 5, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the jurisdiction, attending a training seminar, during the currently scheduled sentencing date.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 24th day of May, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Paul D. Riddle*<br>By_____<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | */s/ Richard Anthony Lopez*<br>By_____<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS WILLIAM MONCRIEF,<br><br>　　　　Defendant. | Case No. 2:18-cr-00099-JCM-NJK<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, June 5, 2019 at 10:00 a.m., be vacated and continued to <u>　June 24, 2019　</u> at the hour of <u>10:30 a.m.</u>; or to a time and date convenient to the court.

　　DATED May 29, 2019.

_____
UNITED STATES DISTRICT JUDGE